LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05482-GAF (RCx) | Date | October 18, 2010 |
|---|---|---|---|
| Title | T.D. Service Company v. Blanca R. Chavez et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

Plaintiffs are **ORDERED** to show cause why this case should not be dismissed as to certain defendants, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

- ☒ Defendants American Credit Agencies Inc and Rafael C. Martinez did not answer the complaint, yet **Plaintiff has failed to request entry of default**, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

- ☒ Plaintiff obtained entry of default as to defendant Blanca R. Chavez, pursuant to Fed. R. Civ. P. 55(a), but **Plaintiff have not sought default judgment**, pursuant to Fed. R. Civ. P. 55(b).  Plaintiffs can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action as to these defendants.**

    IT IS SO ORDERED.